**Rick Lee TURK, Plaintiff—Appellant,**

v.

**INTERNAL REVENUE SERVICE, Defendant—Appellee.**

No. 02–35641.

United States Court of Appeals, Ninth Circuit.

Submitted June 9, 2003.*

Decided June 18, 2003.

Before: RYMER, THOMAS, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Rick Lee Turk appeals the district court's judgment entered after a bench trial, and its order denying his motion to alter or amend the judgment. We have jurisdiction to review the post-judgment motion pursuant to 28 U.S.C. § 1291. We review for an abuse of discretion, *Zimmerman v. City of Oakland*, 255 F.3d 734, 737 (9th Cir.2001), and we affirm.

We lack jurisdiction to review the underlying judgment entered after a bench trial because Turk did not file a timely tolling motion and did not file a notice of appeal within 60 days. *See Scott v. Younger*, 739 F.2d 1464, 1467 (9th Cir.1984); Fed. R.App. P. 4(a)(4)(A).

The district court did not abuse its discretion by denying the motion to alter or amend the judgment as untimely. *See Scott*, 739 F.2d at 1467; Fed.R.Civ.P. 59(e).

We reject Turk's remaining contentions.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.